**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 30, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

BRIAN LACAMERA,

Petitioner - Appellant,

v.

STATE OF KANSAS,

Respondent - Appellee.

No. 26-3192
(D.C. No. 5:26-CV-03233-JWL)
(D. Kan.)

---

**ORDER**

---

Before **CARSON** and **FEDERICO**, Circuit Judges.

---

Brian LaCamera has appealed from the district court's dismissal of his federal habeas action. Before us are Mr. LaCamera's two emergency motions to stay certain state court criminal proceedings pending the resolution of his appeal. We deny the motions.

This court evaluates the traditional stay factors in deciding whether to grant a stay of removal. *See Nken v. Holder*, 556 U.S. 418, 433-34 (2009). Those factors are "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Id.* at 434 (internal quotation marks omitted). "A stay is not a matter of right . . . [but] is instead an exercise of judicial discretion, and

the propriety of its issue is dependent upon the circumstances of the particular case." *Id.* at 433 (citation, brackets, and internal quotation marks omitted).

Mr. LaCamera has not carried his "burden of showing that the circumstances justify an exercise of [our] discretion" to grant a stay. *Id.* at 434. The motions are denied.

Entered for the Court

Per Curiam